# EXHIBIT 1

**SYNKLOUD TECHNOLOGIES, LLC'S INFRINGEMENT ANALYSIS**

**Infringement Analysis of U.S. Patent Nos. 9,320,536 by SHEnB Co. Ltd. and/or Cartessa Aesthetics, LLC**

**(Based on Public Information Only)**

SynKloud Technologies, LLC ("SynKloud") provides this preliminary and exemplary infringement analysis with respect to infringement of U.S. Patent No. 9,320,536, entitled "Method, System, and Apparatus for Dermatalogical Treatment" (hereinafter "the '536 patent") by SHEnB Co. Ltd. ("SHEnB") and/or Cartessa Aesthetics, LLC ("Cartessa"). The following chart illustrates an exemplary analysis regarding infringement by Cartessa's radio frequency microneedling products, including, but not limited to Vivace and VirtueRF (collectively, the "Accused Instrumentalities").

The analysis set forth below is based only upon information from publicly available resources regarding the Accused Instrumentalities, as neither SHEnB nor Cartessa have provided any non-public information.

Unless otherwise noted, SynKloud contends that SHEnB and/or Cartessa directly infringes the '536 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Accused Instrumentalities. The following exemplary analysis demonstrates that infringement. Unless otherwise noted, SynKloud further contends that the evidence below supports a finding of indirect infringement under 35 U.S.C. §§ 271(b) and/or (c), in conjunction with other evidence of liability under one or more of those subsections.

Unless otherwise noted, SynKloud believes and contends that each element of each claim asserted herein is literally met through SHEnB and/or Cartessa's provision of the Accused Instrumentalities. However, to the extent that SHEnB and/or Cartessa attempt to allege that any asserted claim element is not literally met, SynKloud believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Accused Instrumentalities, SynKloud did not identify any substantial differences between the elements of the patent claims and the corresponding features of the Accused Instrumentalities, as set forth herein. In each instance, the identified feature of the Accused Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically-identified Accused Instrumentalities, SynKloud asserts that, on information and belief, any similarly-functioning instrumentalities also infringe the charted claims. SynKloud notes that the present claim chart and analysis are necessarily preliminary in that SynKloud has not obtained substantial discovery from SHEnB and/or Cartessa nor has SHEnB and/or Cartessa disclosed any detailed analysis for their non-infringement positions, if any. Further, SynKloud does not have the benefit of claim construction or expert discovery. SynKloud reserves the right to supplement and/or amend the positions taken in this preliminary and exemplary infringement analysis, including with respect to literal infringement and infringement under the doctrine of equivalents, if and when warranted by further information obtained by SynKloud, including but not limited to information adduced through information exchanges between the parties, fact discovery, claim construction, expert discovery, and/or further analysis.

| Claim 11 | Vivace |
|---|---|
| 11.  An apparatus for treating dermatological tissue, comprising: | The Vivace Fractional Microneedle RF ("Vivace") device manufactured by SHEnB and sold by Cartessa comprises an apparatus for treating dermatological tissue.<br><br><br><br>Source: www.vivaceexperience.com (accessed 7/26/2021)<br>The Vivace device is an apparatus effective in skin treatment such as alleviating facial wrinkles, fine lines, and tightening and toning the face and neck, which pertains to dermatological tissues. |
| a user holdable device including a proximal end and a releasably | The Vivace device comprises a user holdable device including a proximal end and a releasably couplable deployable needle assembly. |

| | |
|---|---|
| couplable deployable needle assembly, |  Source: http://www.shenb.com/sub/product/product.asp?idx=264 (accessed 7/26/2021)<br><br>The needle assembly (tip) is releasably coupled to the handpiece. |
| the deployable needle assembly mechanically separably from the proximal end and including a plurality of extendable needles, | The Vivace device comprises a deployable needle assembly mechanically separably from the proximal end and including a plurality of extendable needles. |



Source: http://www.shenb.com/sub/product/product.asp?idx=264 (accessed 7/26/2021)

Mechanically separable from handpiece

Source: Internal analysis

| a plurality of the extendable needles extendable from a deployable needle assembly end surface, | The Vivace device comprises a plurality of the extendable needles extendable from a deployable needle assembly end surface |
|---|---|



Source: https://youtu.be/Qa4x9HKIk4M at 1:03 - 1:05 (accessed 7/26/2021)

| | |
|---|---|
| one of the proximal end and the deployable needle assembly including at least one electrical conductor and the other including at least one restorably deflectable electrical contact couplable to the other of the proximal end and the | The Vivace device comprises one of the proximal end and the deployable needle assembly including at least one electrical conductor and the other including at least one restroably deflectable electrical contact couplable to the other of the proximal end and the deployable needle assembly at least one electrical conductor. |

| deployable needle assembly at least one electrical conductor |  The proximal end includes electrical conductors couplable to the deflectable electrical contacts in the deployable needle assembly, in order to apply RF signals to the needles.<br>Source:  Internal analysis<br>Source:  Internal analysis |
|---|---|
| a motor coupled to a plurality of extendable needles that causes the plurality of extendable needles to extend a desired distance from the needle assembly end surface when the motor is energized with a particular signal; and | The Vivace device comprises a motor coupled to a plurality of extendable needles that causes the plurality of extendable needles to extend a desired distance from the needle assembly end surface when the motor is energized with a particular signal.<br>Source:  Internal analysis |



Source:  https://ls-aesthetics.com/downloads/(Lifestyle%20Aesthetics)%20Vivace.pdf (accessed 7/26/2021)

Source:  http://www.shenb.com/sub/product/product.asp?idx=264 (accessed 7/26/2021)

| a signal generator electrically coupled to the plurality of extended needles to energize the plurality of extended needles. | The Vivace device comprises a signal generator electrically coupled to the plurality of extended needles to energize the plurality of extended needles.  Source: https://www.vivaceexperience.com/ and https://ls-aesthetics.com/products/vivace/ (accessed 7/26/2021) |

| Claim 12 | Vivace |
|---|---|
| 12.  The apparatus of claim 11 wherein the device proximal end includes an electrical connector couplable to the signal generator. | The Vivace device comprises apparatus of claim 11 wherein the device proximal end includes an electrical connector couplable to the signal generator.<br><br><br><br>Source:  https://ls-aesthetics.com/downloads/(Lifestyle%20Aesthetics)%20Vivace.pdf (accessed 7/26/2021) |

| Claim 14 | Vivace |
|---|---|
| 14.  The apparatus of claim 11, wherein the proximal end further includes at least one embedded LED therein and the apparatus further including a photonic signal generator electrically coupled to the least one embedded LED, the at least one embedded LED illuminating the deployable needle assembly when energized. | The Vivace device comprises the apparatus of claim 11, wherein the proximal end further includes at least one embedded LED therein and the apparatus further including a photonic signal generator electrically coupled to the least one embedded LED, the at least one embedded LED illuminating the deployable needle assembly when energized.<br><br><br><br>Source:  https://www.vivaceexperience.com/ and https://ls-aesthetics.com/products/vivace/ (accessed 7/26/2021) |

| Claim 16 | Vivace |
|---|---|
| 16.  The apparatus of claim 11, wherein at least one restorably deflectable electrical contact includes a depressible pin. | The Vivace device comprises the apparatus of claim 11, wherein at least one restorably deflectable electrical contact includes a depressible pin.<br><br><br><br>Source:  Internal analysis |

| Claim 19 | Vivace |
|---|---|
| 19. The apparatus of claim 11, further comprising the motor deploying the plurality of extendable needles to a predetermined depth and the signal generator energizing the plurality of extended needles to a predetermined intensity for a predetermined duty cycle. | The Vivace device comprises the apparatus of claim 11, further comprising the motor deploying the plurality of extendable needles to a predetermined depth and the signal generator energizing the plurality of extended needles to a predetermined intensity for a predetermined duty cycle.<br><br><br><br>Source: https://www.vivaceexperience.com/ and https://ls-aesthetics.com/products/vivace/ (accessed 7/26/2021)<br><br>Source: http://www.shenb.com/sub/product/product.asp?idx=264 (accessed 7/26/2021) |

| Claim 11 | VirtueRF |
|---|---|
| 11. An apparatus for treating dermatological tissue, comprising: | The VirtueRF ("Virtue") device manufactured by SHEnB and sold by Cartessa comprises an apparatus for treating dermatological tissue.<br><br><br><br>Source: https://virtuerf.com/learn/ (accessed 7/27/2021) |
| a user holdable device including a proximal end and a releasably couplable deployable needle assembly, | The Virtue device comprises a user holdable device including a proximal end and a releasably couplable deployable needle assembly. |



Source:  https://www.cartessaaesthetics.com/virtuerf (accessed 7/27/2021)

Source:  https://www.cartessaaesthetics.com/virtuerf (accessed 7/27/2021)

| the deployable needle assembly mechanically separably from the proximal end and including | The Virtue device comprises the deployable needle assembly mechanically separably from the proximal end and including a plurality of extendable needles. |
| --- | --- |

| a plurality of extendable needles, | <br>Source:  https://www.cartessaaesthetics.com/virtuerf (accessed 7/27/2021)<br><br>Needle assembly includes a plurality of needles and is mechanically separable. |
|---|---|
| a plurality of the extendable needles extendable from a | The Virtue device comprises a plurality of the extendable needles extendable from a deployable needle assembly end surface. |

| deployable needle assembly end surface, |  |
|---|---|

Needles not extended.          Needles extended.

Source:  https://www.cartessaaesthetics.com/virtuerf (accessed 7/27/2021)

Source:  https://www.youtube.com/watch?v=IBBVFxkRn3M at 0:13–0:17 (accessed 7/27/2021)

| one of the proximal end and the deployable needle assembly including at least one electrical conductor and the other | The Virtue device comprises one of the proximal end and the deployable needle assembly including at least one electrical conductor and the other including at least one restorably deflectable electrical contact couplable to the other of the proximal end and the deployable needle assembly at least one electrical conductor. |
|---|---|

| | |
|---|---|
| including at least one restorably deflectable electrical contact couplable to the other of the proximal end and the deployable needle assembly at least one electrical conductor | <br><br>Source:  https://www.cartessaaesthetics.com/virtuerf (accessed 7/27/2021) |
| a motor coupled to a plurality of extendable needles that causes the plurality of extendable needles to extend a desired distance from the needle assembly end surface when the motor is energized with a particular signal; and | The Virtue device comprises a motor coupled to a plurality of extendable needles that causes the plurality of extendable needles to extend a desired distance from the needle assembly end surface when the motor is energized with a particular signal.<br><br>On information and belief, the Virtue device is constructed and operates in a manner similar to the Vivace device as pictured below which comprises a motor coupled to a plurality of extendable needles that causes the plurality of extendable needles to extend a desired distance from the needle assembly end surface when the motor is energized with a particular signal. |



Source:  Internal analysis of Vivace device

From the SmartRF handpiece's *Robotic Precision Delivery* (*RPD*), to the exclusive post-treatment protocol, the comfort, results and unique experience your patients can expect from VirtueRF microneedling are unmatched. The 36 gold-coated needles of the Smart RF are precisely delivered at a specified depth to provide immediate results with continued improvement over time and a virtually painfree, zero social downtime treatment.

Source:  https://www.cartessaaesthetics.com/virtuerf (accessed 7/27/2021)

| | |
|---|---|
| a signal generator electrically coupled to the plurality of extended needles to energize the plurality of extended needles. | The Virtue device comprises a signal generator electrically coupled to the plurality of extended needles to energize the plurality of extended needles.<br><br><br><br>Source:  https://www.cartessaaesthetics.com/virtuerf (accessed 7/27/2021) |

| Claim 12 | VirtueRF |
|---|---|
| 12. The apparatus of claim 11 wherein the device proximal end includes an electrical connector couplable to the signal generator. | The Virtue device comprises the apparatus of claim 11, wherein the device proximal end includes an electrical connector couplable to the signal generator.<br><br><br><br>Source:  https://www.cartessaaesthetics.com/virtuerf (accessed 7/27/2021) |

| Claim 14 | VirtueRF |
|---|---|
| 14.  The apparatus of claim 11, wherein the proximal end further includes at least one embedded LED therein and the apparatus further including a photonic signal generator electrically coupled to the least one embedded LED, the at least one embedded LED illuminating the deployable needle assembly when energized. | The Virtue device comprises the apparatus of claim 11, wherein the proximal end further includes at least one embedded LED therein and the apparatus further including a photonic signal generator electrically coupled to the least one embedded LED, the at least one embedded LED illuminating the deployable needle assembly when energized.<br><br><br><br>Source:  https://www.cartessaaesthetics.com/virtuerf (accessed 7/27/2021) |



Source:  https://youtu.be/0bfEkkDn-JQ at 0:29 (accessed 7/27/2021)

| Claim 19 | VirtueRF |
|---|---|
| 19.  The apparatus of claim 11, further comprising the motor deploying the plurality of extendable needles to a predetermined depth and the signal generator energizing the plurality of extended needles to a predetermined intensity for a predetermined duty cycle. | The Virtue device comprises the apparatus of claim 11, further comprising the motor deploying the plurality of extendable needles to a predetermined depth and the signal generator energizing the plurality of extended needles to a predetermined intensity for a predetermined duty cycle.<br><br><br><br>Source:  https://youtu.be/m9x-Oh4fsds at 0:18 (accessed 7/27/2021) |

**Caveat**: The notes and/or cited excerpts utilized herein are set forth for illustrative purposes only and are not meant to be limiting in any manner.  Further, to the extent any error(s) and/or omission(s) exist herein, all rights are reserved to correct the same.