IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SERENDIA, LLC,<br><br>          *Plaintiff,*<br><br>v.<br><br>SUNG HWAN E&B CO., LTD.,<br><br>          *Defendant.* | C.A. No. 6:21-cv-811-ADA<br><br><br>JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL

Before the Court is the Parties Joint Stipulation of Dismissal. The Court, having considered this Stipulation, is of the opinion that their request for dismissal should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Defendant are dismissed with prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

**SIGNED** this 26th day of November, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE